PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN REHBERG, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25-CV-2032 |
| | ) | |
| *v.* | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

On April 13, 2026, the assigned magistrate judge issued a Report and Recommendation ("R&R") urging the Court to reverse the Commissioner of Social Security's decision denying Plaintiff Stephen Rehberg's application for disability insurance benefits and supplemental security income and to remand the matter for further proceedings.  *See* ECF No. 12.

The Federal Magistrates Act requires a district court to review *de novo* only those portions of a R&R to which appropriate objection has been made.  *See* 28 U.S.C. § 636(b)(1)(C). Parties must file any objections within fourteen days.  *See id*.; Fed. R. Civ. P. 72(b)(2).  Failure to timely object waives the right to appeal.  *See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).  Absent objections, a district court may adopt a R&R without review.  *See Thomas*, 474 U.S. at 149.

Objections to this R&R were due no later than April 27, 2026.  None were filed. Accordingly, the Court adopts the R&R, *see* ECF No. 11, reverses the Commissioner's decision,

(1:25-CV-2032)

and remands the matter for proceedings consistent with the magistrate judge's findings.


       IT IS SO ORDERED.


April 29, 2026                                        */s/ Benita Y. Pearson*

Date                                                  Benita Y. Pearson

                                                 United States District Judge